**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-09-317-7-PHX-FJM |
| Plaintiff, | ) | |
| vs. | ) | |
| Leshay Relf, | ) | **ORDER** |
| Defendant. | ) | |

A pretrial revocation hearing on the petition on violation of release conditions was held on June 8, 2010.

**THE COURT FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of her release pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions of release.

**IT IS ORDERED** that the Defendant shall be detained as a flight risk pending further order of the court.

DATED this 11th day of June, 2010.

Lawrence O. Anderson
United States Magistrate Judge